UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONNELL ROBERSON,<br>Plaintiff,<br>v.<br>JASON SCHULTZ,<br>Defendant. | Case No. 2:26-cv-2726-JDP (P)<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a prisoner civil rights complaint pursuant to section 1983. Plaintiff has not, however, filed a completed *in forma pauperis* affidavit or paid the required filing fee of $405. Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or to submit the required fees.

In accordance with the above, it is hereby ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either a properly completed application to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the required fees in the amount of $405.00. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to send plaintiff the appropriate in forma pauperis form for a prisoner proceeding in a civil rights action.

IT IS SO ORDERED.

Dated: September 11, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE